**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

SUN ENTERTAINMENT CORP.      )
                             )
v.                          )    Civil Action No. 3:11-0625
                             )    Judge Sharp/Knowles
MUSIC WORLD MUSIC, LLC      )

## O R D E R

The Initial Case Management Conference in this action previously set for September 19, 2011, at 3:30 p.m., is hereby rescheduled for **September 20, 2011, at 10:30 a.m.** before the undersigned. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted prior to the Case Management Conference.

Counsel for the Plaintiff shall serve a copy of this Order on any Defendants who have not yet entered an appearance.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge